IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Taylor, #15614-171, | ) | C/A No.: 1:14-3929-RBH-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Francisco Quentana, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civ. Rule 73.02(B)(2)(c) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

On October 10, 2014, the court allowed Petitioner an opportunity to provide the documents necessary for initial review. [ECF No. 5]. Petitioner complied with the court's order and this case is now in proper form.

**PAYMENT OF THE FILING FEE**:

Petitioner has paid the full filing fee (Receipt No. SCX300057564).

**TO THE CLERK OF COURT:**

The Clerk of Court shall not serve the § 2241 petition upon Respondent because the petition is subject to dismissal.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 23, 2014                    Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge